■ ERIC COMLEY, Appellant, v AMERICAN MOTORIST INSURANCE COMPANY, Respondent.—Appeal from an order of the Supreme Court at Special Term (Cobb, J.), entered January 23, 1985 in Albany County, which, *inter alia,* granted defendant's motion for summary judgment dismissing the complaint.

Order affirmed, with costs, upon the opinion of Justice George L. Cobb at Special Term *(see also, Buckner v MVAIC,* 66 NY2d 211). Mahoney, P. J., Kane, Casey and Weiss, JJ., concur.